

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| BENJAMIN JOSHUA BIDMEAD and ANDREA NAGO, | § | No. 08-24-00368-CV |
| | § | Appeal from the |
| Appellants, | | |
| | § | 201st Judicial District Court |
| v. | | |
| | § | of Travis County, Texas |
| CASSANDRA ANN BIDMEAD, | | |
| | § | (TC#D-1-FM-23-006216) |
| Appellee. | | |

## **MEMORANDUM OPINION**

Appellants Benjamin Bidmead and Andrea Nago have filed a motion to dismiss this appeal.[1] The motion states that Appellants no longer wish to continue this appeal.[2]

As the Court has not yet issued an opinion in this case, the motion to dismiss the appeal is granted. *See* Tex. R. App. P. 42.1(a)(1) (allowing appellate courts to dismiss an appeal on the motion of the appellant). Costs of the appeal are taxed against Appellants. *See* Tex. R. App. P. 42.1(d).

---

[1] This case was transferred from the Third Court of Appeals pursuant to a Texas Supreme Court docket equalization order. *See* Tex. Gov't Code Ann. § 73.001. We follow the precedent of the Third Court of Appeals to the extent it might conflict with our own. *See* Tex. R. App. P. 41.3.

[2] The motion states that Appellants have another pending appeal in cause No. 03-24-00685-CV, which they are pursuing. That cause number was not transferred to this Court.

LISA J. SOTO, Justice

October 29, 2024

Before Alley, C.J., Palafox and Soto, JJ.